IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| SHARAN DEFRANCE, | ) |
| | ) Civil No. 05-282-HU |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| COMMISSIONER of the SOCIAL SECURITY ADMINISTRATION, | ) ORDER |
| | ) |
| Defendant. | ) |

MOSMAN, District Judge.

    Based on the stipulation of the parties,

    IT IS ORDERED AND ADJUDGED that pursuant to the Equal Access to Justice Award, plaintiff is awarded $5,691.46 against defendant in attorney fees.

    DATED this __6th__ day of June, 2006.

                                   /s/ Michael W. Mosman

                                   Michael W. Mosman
                                   United States District Judge